IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JUDY KAY TURNER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:16-CV-156 |
| | § | |
| CITIFINANCIAL SERVICING, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION ON MOTION FOR SUMMARY JUDGMENT

The Court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration of and recommended disposition on case-dispositive pretrial motions. On May 18, 2017, Judge Giblin issued his report and recommendation in which he recommended that the Court grant the defendant's motion for summary judgment and enter judgment in defendant's favor on all of the plaintiff's claims.

The Clerk sent a copy of the report to the plaintiff via regular and certified mail. To date, the plaintiff has not acknowledged receipt of or submitted objections to Judge Giblin's report.

In accordance with 28 U.S.C. § 636(b), the court has conducted a *de novo* review of the magistrate judge's findings, the record, and the applicable law in this proceeding. After review, the court finds that Judge Giblin's findings and recommendations should be accepted.

The Court **ORDERS** that the Report and Recommendation [Doc. No. 35] is **ADOPTED**. The Court further **ORDERS** that the defendant's motion for summary judgment [Doc. No. 28] is **GRANTED**.

Plaintiff's claims are **DISMISSED** in their entirety, with prejudice. The Court will enter

final judgment separately.

**So Ordered and Signed**
**Jun 9, 2017**

_____
Ron Clark, United States District Judge